**Subject:** FW: A letter of recommendation for Saleh
**From:** Alexander Torres <Alexander_Torres@ohnp.uscourts.gov>
**Date:** 11/28/2023, 3:14 PM
**To:** "jkersey1_ameritech.net" <jkersey1@ameritech.net>

-----Original Message-----
From: Alexander Torres
Sent: Tuesday, November 28, 2023 3:07 PM
To: James Kersey <Jkersey1@ameritech.net>
Subject: RE: A letter of recommendation for Saleh

Good afternoon,

Mr. Saleh has made a positive adjustment to supervision since being placed on bond. He has not violated any terms of his release, which includes Location Monitoring (Home incarceration with work privileges), remained employed and submitted negative drug screens throughout his supervision period.

Thanks,

Alex Torres
U.S. Pretrial Services & Probation Officer Northern District of Ohio
Office: (216) 357-7299


-----Original Message-----
From: James Kersey <Jkersey1@ameritech.net>
Sent: Wednesday, November 15, 2023 12:10 PM
To: Alexander Torres <Alexander_Torres@ohnp.uscourts.gov>
Subject: A letter of recommendation for Saleh

CAUTION - EXTERNAL:


Alex: I am wondering if you could write a short synopsis and recommendation for Saleh Yusef Saleh that can be attached to his sentencing memo. Thank you, Jim Kersey

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.